THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA DERMER, | CASE NO. C23-0443-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SALTWORKS, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and amend the scheduling order. Finding good cause, the Court **continues trial to July 15, 2024** and establishes the following revised case management schedule:

| Event | Date/Deadline |
|---|---|
| Discovery Cutoff | March 18, 2024 |
| Dispositive Motions | April 19, 2024 |
| Rule 39.1 Mediation | April 5, 2024 |
| Pretrial Order and Motions *in Limine* | July 1, 2024 |
| Trial Briefs and Other Pretrial Filings | July 5, 2024 |

1     DATED this 8th day of November 2023.

2

3                                Ravi Subramanian
                                 Clerk of Court

4                                s/Samantha Spraker
                                 Deputy Clerk