Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LAURA DERMER, an individual,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>SALTWORKS, INC., a Washington State corporation; MARK ZOSKE, Owner and CEO of Saltworks, Inc., in his individual capacity; "DOE(S) 1-100" employees of SALTWORKS, INC.; and "CORPORATION(S) XYZ 1-100,"<br><br>　　　　　　　　　　Defendant(s). | NO. 2:23-cv-00443-JCC<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY ORDER AND EXTEND DISCOVERY ORDER<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 2, 2024** |

THIS MATTER came before the above-entitled Court on the Stipulated Motion to Modify Order and Extend Discovery Order and the Court having considered the files and records herein, and being otherwise fully advised in the premises, now, therefore it is

ORDERED that the Motion is GRANTED. The discovery cutoff deadline is hereby continued to April 18, 2024.

DATED this 2nd day of February 2024.

*/s/ John C. Coughenour*

John C. Coughenour

---

ORDER GRANTING STIPULATED MOTION TO MODIFY ORDER AND EXTEND DISCOVERY ORDER - 1
10838-0011  C23-0443 - Dermer - Extend Discovery Cut Off
NO. 2:23-cv-00443-JCC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

U.S. District Court Judge

Submitted by:

PREG O'DONNELL & GILLETT PLLC

By /s/ Sarah Beth Jones
   Justin E. Bolster, WSBA #38198
   Sarah Beth Jones, WSBA #59958
Attorneys for Defendants Saltworks, Inc. and Mark Zoske

and

AKW LAW

By /s/ Ada K. Wong
   Ada K. Wong, WSBA #45936
   Rolf Gardner Toren, WSBA #45936
Attorneys for Plaintiff Laura Dermer

ORDER GRANTING STIPULATED MOTION TO MODIFY ORDER AND EXTEND DISCOVERY ORDER - 2
10838-0011  C23-0443 - Dermer - Extend Discovery Cut Off
NO. 2:23-cv-00443-JCC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiff Laura Dermer**:
Ada K. Wong, Esq.
Rolf Gardner Toren, Esq.
AKW Law, PC

__X__  Via CM/ECF
*ada@akw-law.com*
*rolf@akw-law.com*

DATED at Seattle, Washington, this 2nd day of February, 2024.

/s/ Sarah Beth Jones
Sarah Beth Jones, WSBA #59958

ORDER GRANTING STIPULATED MOTION TO MODIFY ORDER AND EXTEND DISCOVERY ORDER - 3
10838-0011  C23-0443 - Dermer - Extend Discovery Cut Off
NO. 2:23-cv-00443-JCC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113