THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LAURA DERMER, | CASE NO. C23-0443-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SALTWORKS, INC., *et al.*, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for dismissal (Dkt. No. 48). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without further recovery by any party. The Clerk is DIRECTED to close this case.

//

//

//

//

DATED this 9th day of July 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk